**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGARDO ANTONIO RODRIGUEZ-GUTIERREZ, | Case No. 26-cv-03295-BAS-MSB |
| Petitioner, | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT (ECF No. 1)** |
| v. | |
| JEREMY CASEY, *et al.*, | |
| Respondents. | |

On May 29, 2026, Petitioner Edgardo Antonio Rodriguez-Gutierrez filed a habeas petition pursuant to 28 U.S.C. § 2241, requesting immediate release or a bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 1.) The Government responds that, on June 4, 2026, after this Petition was filed, Petitioner received a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a). (ECF No. 4.) At that hearing, the Immigration Judge ordered Petitioner released on a $2,500 bond. (*Id.* Ex. 3.) It appears that Petitioner is no longer in immigration custody. In light of this development, the Court **DENIES AS MOOT** the Petition. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv3295